# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 32 WAL 2020

             Respondent           :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

             v.                   :

                                  :

LACY LAMAR COLBERT,             :

             Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.